■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN LEE, Appellant. [665 NYS2d 185] —Judgment unanimously affirmed. Memorandum: Defendant knowingly, voluntarily and intelligently waived his right to appeal, thereby waiving any

challenge to the excessiveness of his sentence (*see, People v Allen,* 82 NY2d 761, 763; *People v Callens,* 199 AD2d 992, *lv denied* 83 NY2d 869). Because defendant agreed to the amount of restitution at the sentencing hearing, County Court did not err in failing to hold a restitution hearing (*see, People v McElrath,* 241 AD2d 932; *State of New York v Stokols,* 234 AD2d 222; *cf., People v Barnett,* 237 AD2d 917, *lv denied* 90 NY2d 855). (Appeal from Judgment of Erie County Court, D'Amico, J.—Attempted Robbery, 2nd Degree.) Present—Pine, J. P., Lawton, Hayes, Wisner and Fallon, JJ.